IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Deon Moore,** | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 662 |
| | ) | |
| v. | ) | |
| | ) | **Judge Lefkow** |
| **City of Chicago, et al.,** | ) | |
| | ) | **Magistrate Judge Ashman** |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED
MOTION FOR AN EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago (the "City"), by its attorney Mara S. Georges, Corporation Counsel, moves for an extension of time up to and including May 1, 2008, to answer or otherwise plead to plaintiff's complaint. In support of this motion, the City states as follows:

1. Plaintiff filed his six-count complaint on January 30, 2008.

2. Plaintiff's complaint was served on the City on or about February 18, 2008.

3. Undersigned counsel was assigned to this case on March 30, 2008.

4. Undersigned counsel is in the process of reviewing plaintiff's complaint and gathering the pertinent records.

5. Plaintiff's counsel, Jeffrey Granich, has no objection to the City's request for an extension of time to May 1, 2008 to answer or otherwise plead to the complaint.

6. This motion is not being brought for the purpose of delay or for any other improper purpose.

7. Plaintiff will not be prejudiced if the requested extension of time is granted.

**WHEREFORE**, Defendant City of Chicago respectfully requests that this Honorable Court grant it an extension of time up to and including May 1, 2008, to answer or otherwise plead to plaintiff's complaint.

        Respectfully submitted,

        MARA S. GEORGES
        Corporation Counsel of the City of Chicago

BY:   /s/ Déja C. Nave
        DÉJA C. NAVE
        Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6951