IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Deon Moore,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 08 C 662 |
| | ) | |
| v. | ) | |
| | ) | **Judge Lefkow** |
| **City of Chicago, et al.,** | ) | |
| | ) | **Magistrate Judge Ashman** |
| **Defendants.** | ) | |

## NOTICE OF MOTION

TO:  Jeffrey B. Granich                           Katie Z. Ehrmin
     Law Office of Jeffrey Granich                Law Office of Jeffrey Granich
     53 West Jackson Boulevard                    53 West Jackson Boulevard
     Suite 840                                    Suite 840
     Chicago, Illinois 60604                      Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on April 1, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant City of Chicago's Agreed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which is attached hereto and hereby served upon you.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Lefkow or before such other Judge or Magistrate Judge sitting her stead, on the 10th day of April, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

Respectfully submitted,

s/ Déja C. Nave
DÉJA C. NAVE
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6951

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that, on April 1, 2008, a copy of this Notice and the Motion to which it relates were served upon Katie Ehrmin at the above address by depositing same in the U.S. mail and were electronically filed using the CM/ECF system, which will send notification of such filing to Jeffrey Granich at jeffreygranich@mac.com.

/s/ Déja C. Nave
DÉJA C. NAVE