**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Deon Moore
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−00662
                                                      Honorable Joan H. Lefkow

City of Chicago Illinois, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:


    MINUTE entry before Judge Honorable Joan H. Lefkow:Defendant City of
Chicago's motion for extension of time to 5/1/2008 to answer or otherwise plead [12] is
granted. Status hearing of 4/17/2008 stricken and reset to 5/6/2008 at 09:30 AM.Mailed
notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.