**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 662 |
|---|---|

DEON MOORE
  v.
CITY OF CHICAGO, ET. AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Defendant

| NAME (Type or print) |
|---|
| Kathleen D. Manion |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Kathleen D. Manion |

| FIRM  City of Chicago Department of Law |
|---|

| STREET ADDRESS  30 North LaSalle Street, Suite 1020 |
|---|

| CITY/STATE/ZIP  Chicago, Illinois 60602 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6286785 | TELEPHONE NUMBER  (312) 742-9866 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐