# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Deon Moore

                Plaintiff,

v.

                                      Case No.: 1:08–cv–00662

                                      Honorable Joan H. Lefkow

City of Chicago Illinois, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 5/6/2008, plaintiff's attorney was not present in court when case was called for status. Failure of plaintiff to appear at the next status will result in dismissal of the case with prejudice. Status hearing set for 5/27/2008 at 09:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.