IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEON MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 662 |
| | ) | |
| v. | ) | |
| | ) | Judge Lefkow |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Jeffrey B. Granich               Alec McAusland
     Katie Z. Ehrmin                  Senior Counsel
     Law Office of Jeffrey Granich    City of Chicago Department of Law
     53 West Jackson Boulevard        30 North LaSalle
     Suite 840                        Suite 1400
     Chicago, Illinois 60604          Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant City of Chicago's Motion for Leave to Withdraw Counsel, a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Lefkow or before such other Judge or Magistrate Judge sitting her stead, on the 27th day of May, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois, this 15th day of May 2008.

Respectfully submitted,

s/ Déja C. Nave
DÉJA C. NAVE
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, IL 60602
(312) 744-6951