# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 662 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Moore vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/1/2008 at 9:30 a.m. Defendant's oral motion to extend time to 6/10/2008 to answer or otherwise plead is granted. Defendant's motion for leave to withdraw counsel [19] is granted. Deja Nave is withdrawn as counsel for defendant.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | MD |
|---|---|---|