### *United States District Court for the Northern District of Illinois*

Case Number:  08CV662                 Assigned/Issued  By: DAJ

Judge Name:                          Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00      ☐ $39.00      ☐ $5.00

                 ☐ IFP          ☐ No Fee       ☐ Other _____

                 ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          _____

                                       (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

_1___ Original and _0_____ copies on _07/08/08_____ as to OFFICER JOYCE_____
                                        (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05