**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DEON MOORE,                                )
                                           )
                    Plaintiff,             )
                                           )    No.    08 C 0662
        v.                                 )
                                           )    JUDGE LEFKOW
CITY OF CHICAGO, et al.,                   )
                                           )
                    Defendants.            )

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:    JEFFREY B. GRANICH              KATIE Z. EHRMIN
       Law Offices of Jeffrey B. Granich    Law Officers of Jeffrey B. Granich
       53 W. Jackson Blvd. - Suite 840      53 W. Jackson Blvd. - Suite 840
       Chicago, IL 60604                    Chicago, IL 60604

        **PLEASE TAKE NOTICE** that on July 17, 2008 the City of Chicago will file its answer, defenses and jury demand to plaintiff's first amended complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

        I hereby certify that I have served this notice and the attached document by causing it to be mailed to the person named above at the address shown this 17th day of July, 2008.

                              Respectfully submitted,

                              MARA S. GEORGES,
                              CORPORATION COUNSEL
                              CITY OF CHICAGO

                      By:     */s/ Kathleen D. Manion*
                              KATHLEEN D. MANION
                              Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-9866 Office
Attorney No. 6286785