

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEON MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-662 |
| ) | |
| CITY OF CHICAGO, ILLINOIS ) | |
| and CHICAGO POLICE OFFICER ) | JUDGE LEFKOW |
| K. E. KUSINSKI, Star No. 8626, ) | |
| and CHICAGO POLICE OFFICER ) | |
| D. M. ECHEVERRIA, Star No. ) | |
| 13921, CHICAGO POLICE ) | |
| OFFICER JULIE JOYCE, ) | |
| Star No. 19242 ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

## ~~PROPOSED~~ SCHEDULING ORDER

The parties, having held a scheduling conference attended by Katie Ehrmin for the plaintiff and Kathleen Manion for Defendant City of Chicago, as required by Fed. R. Civ. P. 26(f), submit the following proposed scheduling order:

(A)  The parties believe that an early settlement conference will not likely result in the disposition of the case.

(B)  The parties shall have until July 31, 2008 to make Rule 26(a)(1) disclosures.

(C)  Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by September 30, 2008. Amendments thereafter may be made only on motion for good cause shown.

(D)  Non-expert discovery will close on January 30, 2009.

(E)  The cut-off date for designation of plaintiff's trial expert(s) as provided in Fed. R.

    Civ. P. 26(a)(2) is February 28, 2009, for defendant's trial expert(s), March 28, 2009.
Depositions of the experts shall be taken within 30 days of designation. Unless otherwise stipulated, disclosure of experts will include report fully in compliance with Rule 26(a)(2)(B).

(F)     Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the court may deem such challenges waived.

**Consent to Proceed Before a Magistrate Judge**
The parties consent to have their case proceed before a magistrate judge.

Respectfully Submitted,

/s/ Jeffrey B. Granich                    /s/ Kathleen Manion

Jeffrey B. Granich                       City of Chicago
Law Offices of Jeffrey B. Granich        30 N. LaSalle St., Ste. 1020
53 W. Jackson, Ste. 840                Chicago, Illinois 60602
Chicago, Illinois 60604
(312) 939-9009

U.S. District Judge Joan H. Lefkow

JUL 17 2008